# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLA G. SCHNELL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07CV2336 WQH (AJB)<br><br>ORDER REFERRING SOCIAL SECURITY APPEAL TO MAGISTRATE JUDGE |

HAYES, Judge:

　　All matters arising in this social security appeal are referred to the Honorable Anthony J. Battaglia, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636(b)(1) and Local Rule 72.1(c).

**IT IS SO ORDERED**.

DATED: December 18, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge