# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOELLA G. SCHNELL, | ) | Case No. 07cv2336 WQH (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR REMAND |
| | ) | PURSUANT TO SENTENCE 6 OF |
| MICHAEL J. ASTRUE, | ) | 42 U.S.C. SECTION 405(g). |
| Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through her counsel, Mary N. Mitchell,

**IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further administrative action pursuant to Sentence 6 of 42 U.S.C. § 405(g).

DATED: October 6, 2008

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge